UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

MUHAMMAD ALI #A221-166-478      CIVIL ACTION NO. 25-1600 SEC P

VERSUS      JUDGE EDWARDS

U S IMMIGRATION & CUSTOMS      MAGISTRATE JUDGE PEREZ-
ENFORCEMENT      MONTES

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (R. Doc. 10), and having determined that the Magistrate Judge's findings and recommendation are correct under the applicable law;

IT IS HEREBY ORDERED that the Petition (R. Doc. 1) is GRANTED and MUHAMMAD ALI #A221-166-478 is to be released under reasonable conditions of supervision to be established by Immigration and Customs Enforcement.

THUS ORDERED AND SIGNED in Chambers this 23rd day of March, 2026.

_____
JUDGE JERRY EDWARDS, JR.
UNITED STATES DISTRICT COURT